1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   TSHOMBE M. KELLEY,                     No. 2:23-cv-1167 DB P
12              Petitioner,
13        v.                                ORDER
14   LEE ANN LUNDY,
15              Respondent.
16
17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas
18   corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis
19   affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner
20   will be provided the opportunity to either submit the appropriate affidavit in support of a request
21   to proceed in forma pauperis or submit the appropriate filing fee.
22        In accordance with the above, IT IS HEREBY ORDERED that:
23        1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in
24   support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's
25   failure to comply with this order will result in a recommendation that this action be dismissed;
26   and
27   /////
28   /////

                                                   1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated: September 13, 2023

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Habeas/R/kell1167.101a