UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TSHOMBE M. KELLEY,<br><br>Petitioner,<br><br>v.<br><br>LEE ANN LUNDY,<br><br>Respondent. | No. 2:23-cv-1167-TLN-SCR<br><br><br><br>**ORDER** |

Petitioner, a state prisoner proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 5, 2024, the magistrate judge filed findings and recommendations which were served on all parties, and which contained notice that any objections to the findings and recommendations were to be filed within twenty-one days.  Petitioner filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]").  Having reviewed the file, including Petitioner's objections, the Court finds the

1

findings and recommendations to be supported by the record and by the proper analysis.

        Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, (ECF No. 15), are ADOPTED in full;
2. Respondent's motion to dismiss, (ECF No. 9), is GRANTED and the petition is DISMISSED without prejudice to its renewal as an action under 42 U.S.C. §1983;
3. The Clerk of the Court is directed to close this action; and
4. The Court DECLINES to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Date: December 13, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE